Date signed June 15, 2009



**WENDELIN I. LIPP**
**U. S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

**In re:**

| | |
|---|---|
| **Matthew Shawn Conley,** | **Case No. 09-11446-WIL** |
| **Chere Ann Conley,** | **Chapter 7** |

         **Debtors.**

---

**Chrysler Financial Services**
**Americas, LLC,**

         **Movant,**

**v.**

**Matthew Shawn Conley**
**Chere Ann Conley, and**
**Gary A. Rosen, Trustee,**

         **Respondents.**

===

### <u>CONFIRMATION OF TERMINATION OF AUTOMATIC STAY</u>

       Upon consideration of the Motion to Confirm Termination of the Automatic Stay filed by the Movant, Chrysler Financial Services Americas, LLC, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

       Confirmed, that, pursuant to 11 U.S.C. §362(h)(1), the automatic stay was terminated on April 29, 2009, with regard to the vehicle subject to the Movant's perfected purchase money security interest, namely one 2006 Dodge Durango, VIN 1D4HB48N76F119144, following the Debtors' failure to comply with the requirements of 11 U.S.C. §521(a)(2).

cc:    Debtors
        Counsel for Debtors
        Counsel for Movant - H. Tucker Dewey, Esq.
        Chapter 7 Trustee

**End of Confirmation**